JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAM KAOUD, ) | Case No. |
| ) | EDCV 13-01377-JGB (SPx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| JP MORGAN CHASE & CO.; ) | |
| JP MORGAN CHASE BANK ) | |
| N.A.; FANNIE MAE aka ) | |
| FEDERAL NATIONAL ) | |
| MORTGAGE ASSOCIATION and ) | |
| DOES 1 through 50, ) | |
| ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  September 12, 2013  
                                    JESUS G. BERNAL  
                            United States District Judge